JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 561 -- In re Polo Trademark Litigation

| Date | | Pleading Description |
|---|---|---|
| 83/09/20 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Polo Fashions Inc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. Florida; SUGGESTED TRANSFEREE JUDGE: (emh) |
| 83/09/28 | | HEARING ORDER -- Setting motion of plaintiff Polo Fashions, Inc. to transfer A-1 thru A-16 for hearing on November 1, 1983 in Savannah, Georgia. (jsj) |
| 83/09/30 | | APPEARANCES: Milton Springut for Polo Fashions, Inc.<br>Zachary T. Wobensmith, III for Quality Southern, Inc. and C. Ralph Hinson<br>Richard M. Saccocio for International Factory Distributors, Inc., Alan Citrin, Harry Fox and Bill Jones<br>Stephen J. Goldstein for Labels Unlimited, Inc., Abraham Kessler, Sharron Holmes and Robert Sidney.<br>John Coleman for James Robbins<br>Paul M. Greenberger for Ontario Printers and Roland Kraus<br>Stanford R. Solomon for Fashion Finds, Inc. and Harvey Gelber<br>Albert P. Rosillo for Tahir Ansari a/k/a Tahir Sajjad<br>Michael Schiffrin for Paris 2000, Roberto Susi and Paris 2000 Originals, Inc. (jsj) |
| 83/10/05 | | APPEARANCES -- RICHARD MANDELL, ESQ. for Allar Enterprises, Inc., Lary Babbitt & Alan and Wentnik; BARRY L. HALPERN, ESQ. for M.E.S.S. Distributors, Inc., Mishigoss, Inc., Sonia Weiner, Marcy Rosen, Magic Trimmings, Inc., Arthur Abramson, Selma Abramson, and Maria Mataylo; RUDOLPH M. DILASCIO, JR., ESQ. for John Tassone, JoAnne Kesson, Eagle Bay, Inc., Merchandise Brokers, Inc., HFE Enterprises, Inc. and J & R Consultants, Inc. (ds) |
| 83/10/06 | 2 | RESPONSE -- Ontario Printers and Roland Kraus w/cert. of svc. (ds) |
| 83/10/07 | 3 | BRIEF -- deft. James Robbins w/cert. of svc. (ds) |
| 83/10/07 | | APPEARANCE: Gerald S. Gold, Esq. for Edward M. Lasky (jsj) |
| 83/10/12 | 4 | REPLY -- defts. International Factory Distributors, Inc., Alan Citrin, Harry Fox and Bill Jones w/cert. of svc. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/10/14 | | APPEARANCE-- JOHN P. HARLLEE, III, ESQ. for Robby's, Inc.   (ds) |
| 83/10/14 | 5 | RESPONSE -- Edward M. Lasky -- w/cert. of service  (cds) |
| 83/10/24 | 6 | REPLY/MEMORANDUM -- M.E.S.S. Distributors, Inc., Mishigoss, Inc., Sonia Weiner, Marcy Rosen, Magic Trimmings, Arthur Abramson, Selma Abramson and Maria Mataylo w/cert. of svc. (ds) |
| 83/10/28 | | HEARING APPEARANCES:  MILTON SPRINGUT, ESQ. for Polo Fashions, Inc.;  RICHARD SACCOCIO, ESQ. for International Factory Distributors, Inc., Alan Citrin, Harry Fox, and Bill Jones;  BARRY L. HALPERN, ESQ. for M.E.S.S. Distributors, Inc., Mishigoss, Inc., Sonia Weiner, Marcy Rosen, Magic Trimmings, Arthur Abramson, Selma Abramson, Maria Mataylo   (cds) |
| 83/10/28 | | WAIVERS OF ORAL ARGUMENT:  Labels Unlimited, Inc., Abraham Kessler, Sharron Holmes and Robert Sidney;  Robby's Sporting Goods;  Allar Enterprises, Inc., Larry Babbitt, Alan Wentnick;  Edward Lasky;  Roberto Susi, Paris 2000, Paris 2000 Originals;  Quality Southern, Inc. and C. Ralph Hinson;  Ontario Printers, Inc., Roland Kraus;  Fashion Finds, Inc., Harvey Gelber   (cds) |
| 83/11/23 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks, counsel and recipients.   (jsj) |

JPML Form 1

Revised: 8/78

DOCKET NO. 561 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE POLO TRADEMARK LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 11/01/83 | 11/23/83 | MO | | §1407 DENIED | | |

Special Transferee Information

DATE CLOSED: 11/23/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 561 -- In re Polo Trademark Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-1 | Polo Fashions Inc. v. M.E.S.S. Distributors, Inc., et al. | S.D.Fla. Eaton | 83-0565-Civ-JE | | | | |
| ✓ A-2 | Polo Fashions Inc. v. M.E.S.S. Distributors, Inc., et al. | S.D.Fla. Eaton | 83-1381-Civ-JE | | | | |
| A-3 | Polo Fashions Inc. v. Labels Unlimited, Inc., et al. | S.D.Fla. Eaton | 83-1212-Civ-JE | | | | |
| ✓ A-4 | Polo Fashions Inc. v. Magic Trimmings, Inc., et al. | S.D.Fla. Aronovitz | 83-0261-Civ-SMA | | | | |
| A-5 | Polo Fashions Inc. v. Allar Enterprises, Inc., et al. | S.D.Fla. Aronovitz | 83-0167-Civ-SMA | | | | |
| A-6 | Polo Fashions Inc. v. John Tassone, et al. | S.D.Fla. ~~Atkins~~ Aronovitz | 83-1103-Civ-~~CA~~ SMA | | | | |
| A-7 | Polo Fashions Inc. v. Paris 2000, et al. | S.D.Fla. Hoeveler | 83-2739-Civ-WMH | | | | |
| A-8 | Polo Fashions Inc. v. Loe Mejor, et al. | S.D.Fla. Davis | 82-2708-Civ-EBD | | | | |
| A-9 | Polo Fashions Inc. v. International Factory Distributors, Inc., et al. | S.D.Fla. Paine | 83-6090-Civ-JCP | | | | |

DOCKET NO. 561 -- In re Polo Trademark Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Polo Fashions Inc. v. Fiona Scott Roberts, et al. | S.D.Fla. Gonzalez | 83-8033-Civ-JAG | | | | |
| A-11 | Polo Fashions Inc. v. Partex Corp., et al. | S.D.Fla. Paine | 83-6501-Civ-JCP | | | | |
| A-12 | Polo Fashions Inc. v. Italian Trouser Co., Inc. d/b/a Designers Factory Exchange, et al. | S.D.Fla. Hastings | 83-1775-Civ-ALH | | | | |
| A-13 | Polo Fashions Inc. v. Cape Coral Distributors, Inc., et al. | M.D.Fla. Carr | 82-152-Civ-FT.M-GC | | | | |
| A-14 | Polo Fashions Inc. v. Robby's Sporting Goods Inc. | M.D.Fla. Hodges | 83-453-Civ-T-10 | | | | |
| A-15 | Polo Fashions Inc. v. Ontario Printers, Inc., et al. | N.D.Ohio Krenzler | C83-1957 | | | | |
| A-16 | Polo Fashions Inc. v. Quality Southern, Inc., et al. | W.D.N.C. McMillan | C-C-83-0248-M | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 561 -- In re Polo Trademark Litigation

POLO FASHIONS, INC. (Pltf. A-1 thru A-16)
Milton Springut, Esq.
Amster, Rothstein & Engelbert
90 Park Avenue
New York, New York  10016

INTERNATIONAL DISTRIBUTORS, INC.
ALAN CITRIN
HARRY FOX
BILL JONES
Richard M. Saccocio, Esq.
Attorney at Law
Suite 408 - Cumberland Bldg.
800 East Broward Boulevard
Fort Lauderdale, Florida  33301

LABELS UNLIMITED, INC.
ABRAHAM KESSLER
SHARRON HOLMES
ROBERT SIDNEY
Stephen J. Goldstein, Esq.
Mechanic & Goldstein, P.A.
2915 S.W. 27th Avenue
Coconut Grove, Florida  33133

JAMES ROBBINS
John Coleman, Esq.
2300 McGregor Boulevard
Fort Myers, Florida  33901

ONTARIO PRINTERS
ROLAND KRAUS
Paul M. Greenberger Co., L.P.A.
Paul Greenberger, Esq.
1127 Euclid Avenue, Suite 905
Cleveland, Ohio  44115

FASHION FINDS, INC.
HARVEY GELBER
Stanford R. Solomon, Esq.
RUDNICK & WOLFE
201 E. Kennedy Blvd.
Suite 1600
Tampa, Florida  33602

TAHIR ANSARI a/k/a TAHIR SAJJAD
Albert P. Rosillo, Esq.
525 N.W. 27th Avenue
Suite 100
Miami, Florida  33125

PARIS 2000
ROBERTO SUSI
PARIS 2000 ORIGINALS, INC.
Michael Schiffrin, Esq.
111 N.E. First Street, Suite 900
Miami, Florida  33132

QUALITY SOUTHERN, INC.
C. RALPH HINSON
Zachary T. Wobensmith, III, Esq.
408 Lafayette Building
Fifth and Chestnut Streets
Philadelphia, Pennsylvania  19106

ALLAR ENTERPRISES, INC.
LARRY BABBIT
ALAN WENTNICK
Richard J. Mandell, Esq.
36 N.E. 1st Street
748 Seybold Building
Miami, Florida  33132

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 561 -- 

M.E.S.S. DISTRIBUTORS, INC.
MISHIGOSS, INC.
SONIA WEINER
MARCY ROSEN
MAGIC TRIMMINGS, INC.
ARTHUR ABRAMSON
SELMA ABRAMSON
MARIA MATAYLO
Barry L. Hapern, Esq.
HALPERN & SHENBERG
Koger Executive Center
8405 N.W. 53rd Street
Suite B-106
Miami, Florida  33166

JOHN TASSONE
JO ANN KESSON
EAGLE BAY, INC.
MERCHANDISE BROKERS, INC.
HFE ENTERPRISES
J & R CONSULTANTS, INC.

Rudolph M. Di Lascio, Jr., Esq.
P.O. Box 846
Hollywood, Florida  33022

KASHMIR INTERNATIONAL, INC.
(No App. Rec'd)
Michael Huysman, Esq.
2000 South Dixie Highway
Suite 101
Miami, Florida  33133

NURY STERN
(No App. Rec'd)
Yvette G. Murphy, Attorney-at-Law
2121 Ponce de Leon Boulevard
No. 400
Coral Gables, Florida  33134

NORMAN SCHULMAN (No App. Rec'd)
Jeffrey Ehrlich, Esq.
2098 N. University Drive
Sunrise, Florida  33322

EDWARD M. LASKY
Gerald S. Gold, Esq.
GOLD, ROTATORI, SCHWARTZ & GIBBONS
1100 Ohio Savings Plaza
Cleveland, Ohio  44114

LARRY SHACKELFORD
GENE CAMACHO  (No App. Rec'd)
Walter N. Colbath, Esq.
WALTER N. COLBATH, JR., P.A.
1551 Forum Place
Suite 300-B
West Palm Beach, Florida  33401

PARTEX CORP. (No App. Rec'd)
Norman Nadel, Esq.
437 Fifth Avenue
New York, New York  10016

PARTEX MERCANTILE COMPANY (No App. Rec'd)
Alan R. Lorber, Esq.
Alan R. Lorber, P.A.
420 Lincoln Road
Miami Beach, Florida  33139

ROBBY'S, INC.
John P. Harllee, III, Esq.
HARLLEE, PORGES, BAILEY & DURKIN
Post Office Box 9320
Brandenton, Florida  33506

STUART LTD. (No App. Rec'd)
Donald Kline, Esq.
KLINE, MOORE & KLEIN, P.A.
407 Lincoln Road, PH-S
Miami Beach, Florida  33139

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 561 -- _____

| | |
|---|---|
| Defendants not represented by counsel:<br><br>~~Mr. Jack Mazow~~ *corr. returned*<br>~~4850 North State Road 7~~<br>Suite A<br>~~Fort Lauderdale, Florida~~ 33319<br><br>~~Mr. Stanley Rosenkrantz~~ *corr. returned*<br>~~4850 North State Road 7~~<br>Suite A<br>~~Fort Lauderdale, Florida 33319~~<br><br>~~Mr. Philip Rosenkrantz~~ *corr. returned*<br>~~4850 North State Road 7~~<br>Suite A<br>~~Fort Lauderdale, Florida~~ 33319<br><br>✓ Fiona Scott Roberts<br>c/o Kober Realty<br>450 Royal Palmway<br>Palm Beach, Florida<br><br>Italian Trouser Co. Inc.<br>12121 S.W. 114th Place<br>Miami, Florida  33176<br><br>Mr. Merby Brody<br>12121 S.W. 114th Place<br>Miami, Florida  33176<br><br>Ms. Valeria Brussel<br>12121 S.W. 114th Place<br>Miami, Florida  33176<br><br>cannot determine counsel or address for the following defendants:<br>Lo Mejor<br>Robert Chusid<br>George Aboss<br>Susan Goldstein<br>Antonio Martinez<br>Juan P. Martinez<br>Eli Barhoon<br>Jack Safir<br>Milton G. Balauco<br>Jamie Alfonso | Grandos-Arias<br>Eladio Izquierdo<br>Marcelino Lopez<br>Sarah Chusid<br>The Great Dept. Store, Inc.<br>Bill Jones<br>Gene Camacho |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 561 -- In re Polo Trademark Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| M.E.S.S. Distributors, Inc. | A-1, 2 |
| Mishigoss, Inc. | A-1 |
| Sonia Weiner | A-1, 2 |
| Marcy Rosen | A-1, 2 |
| Quality Southern, Inc. X | A-16 |
| Ralph C. Hinson X | A-16 |
| Labels Unlimited, Inc. X | A-3 |
| Abraham Kessler X | A-3 |
| Sharron Holmes X | A-3 |
| Robert Sidney X | A-3 |
| Magic Trimmings, Inc. | A-4 |

p. 2

| | |
|---|---|
| Arthur Abramson<br>Selma Abramson | A-4 |
| Maria Mataylo | A-4 |
| Allar Enterprises, Inc. | A-5 |
| Larry Babbitt | A-5 |
| Alan Wentnick | A-5 |
| John Tassone | A-6 |
| Jo Ann Kesson | A-6 |
| Tahir Ansari, a/k/a<br>  Tahir Sajjad    X | A-6 |
| Eagle Bay, Inc. | A-6 |
| Merchandise Brokers, Inc. | A-6 |
| HFE Enterprises | A-6 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 561 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| J & R Consultants, Inc. | A-6 |
| Kashmir International, Inc. | A-6 |
| Paris 2000 Originals ✗ | A-7 |
| Paris 2000 ✗ | A-7 |
| Roberto Susi ✗ | A-7 |
| Lo Mejor | A-8 |
| Robert Chusid | A-8 |
| George Aboss | A-8 |
| Susan Goldstein | A-8 |
| Antonio Martinez | A-8 |
| Juan P. Martinez | A-8 |
| Eli Barhoon | A-8 |
| Jack Safir | A-8 |

p. 4

| Name | Ref |
|---|---|
| Milton G. Balauco | A-8 |
| Jamie Alfonso | A-8 |
| Grandos-Arias | A-8 |
| Nury Stern ✓ | A-8 |
| Christopher F. LoPresto | A-8 |
| Eladio Izquierdo | A-8 |
| Norman Schulman ✓ | A-8 |
| Marcelino Lopez | A-8 |
| Sarah Chusid | A-8 |
| Ontario Printers, Inc. X | A-15 |
| Roland M. Kraus X | A-15 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 561 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Edward M. Lasky ✓ | A-15 |
| Cape Coral Dist., Inc. | A-13 |
| Neil Karsten, a/k/a Neil Kaye ✓ | A-13 |
| Fashion Finds, Inc. ✗ | A-13 |
| Harvey Gelber ✗ | A-13 |
| The Great Dept. Store, Inc. ○ | A-13 |
| James Robbins ✗ | A-13 |
| International Factory Distributors, Inc. ✗ | A-9 |
| Alan Citrin ✗ | A-9 |
| Harry Fox ○ | A-9 |
| Bill Jones ○ | A-9 |

p. 6

| Name | Ref |
|---|---|
| Fiona Scott Roberts ✓ | A-10 |
| Gene Camacho | A-10 |
| Larry Shackelford | A-10 |
| Partex Corp. | A-11 |
| Partex Mercantile Co. | A-11 |
| Philip Rosenkrantz ✓ | A-11 |
| Stanley Rosenkrantz ✓ | A-11 |
| Jack Mazow | A-11 |
| Italian Trouser Co. Inc. d/b/a Designers Factory Exchange | A-12 |
| Valerie Brussel ✓ | A-12 |
| Merby Brody ✓ | A-12 |
| Stuart Ltd. ✓ | A-12 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 561 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robby's Sproting Goods Inc. ✓ | A-14 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |