JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 23 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 561

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE POLO TRADEMARK INFRINGEMENT LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of sixteen actions pending in four districts as follows:  twelve actions in the Southern District of Florida, two actions in the Middle District of Florida, and one action each in the Western District of North Carolina and the Northern District of Ohio.  Polo Fashions Inc. (Polo), plaintiff in each of the actions, moves the Panel for an order under 28 U.S.C. §1407 centralizing the actions in the Southern District of Florida.  Defendants in the Ohio action, one of the Middle District of Florida actions, and four of the Southern District of Florida actions oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation.  Although we recognize that actions in this litigation may involve some common questions of fact, we are not persuaded that any such common questions of fact will predominate over individual questions of fact present in each action.  Moreover, we note that several of the actions in this docket are approaching conclusion.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack took no part in the decision of this matter.

SCHEDULE A

<u>MDL-561 -- In re Polo Trademark Litigation</u>

### Middle District of Florida

<u>Polo Fashions, Inc. v. Cape Coral Distributors, Inc., et al.,</u>
C.A. No. 82-152-Civ-FT.M-GC
<u>Polo Fashions, Inc. v. Robby's Sporting Goods Inc.,</u> C.A. No.
83-453-Civ-T-10

### Northern District of Ohio

<u>Polo Fashions, Inc. v. Ontario Printers, Inc., et al.,</u> C.A. No.
C83-1957

### Western District of North Carolina

<u>Polo Fashions, Inc. v. Quality Southern, Inc., et al.,</u> C.A. No.
C-C-83-0248-M

### Southern District of Florida

<u>Polo Fashions, Inc. v. M.E.S.S. Distributors, Inc., et al.,</u>
C.A. No. 83-0565-Civ-JE
<u>Polo Fashions, Inc. v. M.E.S.S. Distributors, Inc., et al.,</u>
C.A. No. 83-1381
<u>Polo Fashions, Inc. v. Labels Unlimited, Inc., et al.,</u>
C.A. No. 83-1212-Civ-JE
<u>Polo Fashions, Inc. v. Magic Trimmings, Inc., et al.,</u>
C.A. No. 83-0261-Civ-JE
<u>Polo Fashions, Inc. v. Allar Enterprises, Inc., et al.,</u>
C.A. No. 83-0167-Civ-SMA
<u>Polo Fashions, Inc. v. John Tassone, et al.,</u> C.A. No. 83-1103
<u>Polo Fashions, Inc. v. Paris 2000, et al.,</u> C.A. No.
83-2739-Civ-WMH
<u>Polo Fashions, Inc. v. Loe Mejor, et al.,</u> C.A. No.
82-2708-Civ-EBD
<u>Polo Fashions, Inc. v. International Factory Distributors, Inc.,</u>
et al., C.A. No. 83-6090-Civ-JCP
<u>Polo Fashions, Inc. v. Fiona Scott Roberts, et al.,</u> C.A. No.
83-8033-Civ-JAG
<u>Polo Fashions, Inc. v. Partex Corp., et al.,</u>C.A. No.
83-6501-Civ-JCP
<u>Polo Fashions, Inc. v. Italian Trouser Co., Inc. d/b/a Designers</u>
<u>Factory Exchange, et al.,</u> C.A. No. 83-1775-Civ-ALH